UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KURT CHRIST and JOANNE FIOLA,

    Plaintiffs,

v.

SANTANDER BANK, N.A. and
BRETT KILMER

    Defendants.

Civil Action No. 17-11828

## SANTANDER BANK, N.A.'S
## CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3 of the District of Massachusetts, the undersigned counsel for Santander Bank, N.A., certifies that the nongovernmental party, Santander Bank, N.A., in the above-listed civil action, has the following parent corporation(s) and publicly held corporation(s) that own 10% or more of its stock: Santander Bank, N.A. f/k/a Sovereign Bank, N.A., a national bank, is a wholly owned subsidiary of Santander Holdings USA, Inc., a Virginia Corporation. Effective January 30, 2009, Banco Santander S.A. acquired all of the outstanding common stock of Sovereign Bancorp, Inc., n/k/a Santander Holdings USA, Inc. (corporate name change effective February 3, 2010).

The home office for Santander Bank, N.A. f/k/a Sovereign Bank, N.A., a national bank, is 824 North Market Street, Wilmington, Delaware. The principal executive office for Santander Holdings USA, Inc., a Virginia Corporation, is 75 State Street, Boston, Suffolk County, Massachusetts.

**PARKER IBRAHIM & BERG LLC**
*Attorneys for Defendant,*
Santander Bank, N.A.

*/s/ Jeffrey D. Adams*
Jeffrey D. Adams, BBO# 662697
Juan S. Lopez, BBO# 683803
One Financial Center, 15th Floor
Boston, MA 02111
Phone: 617.918.7600
Facsimile: 617.918.7878
Email: jeffrey.adams@piblaw.com
       juan.lopez@piblaw.com

Date: September 22, 2017

## CERTIFICATE OF SERVICE

I, Jeffrey D. Adams, Esq., hereby certify that a true and correct copy of the foregoing document was served upon all parties or counsel of record via this Court's CM/ECF system or, if not registered on this Court's CM/ECF system, then via first class mail, postage prepaid, on September 22, 2017.

*/s/ Jeffrey D. Adams*
Jeffrey D. Adams