UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KURT CHRIST and JOANNE FIOLA,

    **Plaintiffs**,

v.                            CIVIL ACTION NO.: 17-CV-11828-PBS

SANTANDER BANK N.A. and
BRETT KILMER,

    **Defendants**.

## JOINT SCHEDULING STATEMENT

**I.    DISCOVERY**

The parties propose the following pre-trial schedule:

| Date/Deadline | Event |
| --- | --- |
| November 8, 2017 | Automatic disclosures to be completed by all parties. |
| December 15, 2017 | Written discovery served, except for written discovery which becomes necessary due to information learned at deposition. |
| April 27, 2018 | Completion of all non-expert depositions, including keeper-of-record depositions and non-party witnesses |
| May 15, 2018 | Plaintiff to designate expert witnesses, if any, and provide expert report. |
| June 15, 2018 | Defendants to designate expert witnesses, if any, and provide an expert report. |
| July 30, 2018 | All expert depositions to be completed. |
| August 30, 2018 | Deadline for filing dispositive motions, if any. |

The parties find the discovery event limitations imposed by L.R. 26.1 are appropriate for this case.

## II. CERTIFICATION

The parties report that they will confer with their clients pursuant to Local Rule 16.1(D)(3) and will independently file their Certificates of Compliance.

## III. TRIAL BY MAGISTRATE JUDGE

The parties have not reached agreement on trial by Magistrate Judge.

## IV. SETTLEMENT

Both parties are willing to attend mediation.

Respectfully submitted,

| Plaintiffs, | Defendants |
|---|---|
| KURT CHRIST and JOANNE FIOLA | SANTANDER BANK, N.A. and BRETT KILMER |
| By Their Attorneys, | By Their Attorneys, |
| */s/ Christopher C. Storm* | */s/ Jeffrey D. Adams* |
| Edwin F. Landers, Jr., BBO #559360<br>elanders@morrisonmahoney.com<br>Christopher C. Storm, BBO #680782<br>cstorm@morrisonmahoney.com<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>Phone: 617-439-7500<br>Fax: 617-342-4967 | Jeffrey D. Adams, BBO # 662697<br>One Financial Center, 15th Floor<br>Boston, MA 02111<br>Phone: 617.918.7600<br>Facsimile: 617.918.7878<br>Email: jeffrey.adams@piblaw.com |

Dated: October 23, 2017

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 23, 2017.

  s/s *Christopher C. Storm*