**Storm, Christopher**
___

| | |
|---|---|
| **From:** | Jeffrey Adams <Jeffrey.Adams@piblaw.com> |
| **Sent:** | Tuesday, November 14, 2017 5:01 PM |
| **To:** | Landers, Edwin |
| **Cc:** | Juan Lopez; Storm, Christopher |
| **Subject:** | RE: Christ v. Santander- Joint scheduling statement |

Ed,

With all due respect, our MTD is not as you are claiming. Rather, as the MTD argues, it seeks to reduce your clients' claimed damages but for $140,000.00. I recommend reviewing it again. I am happy to have a call to discuss the MTD tomorrow if you would like.

Regards,
Jeff


Sent with BlackBerry Work
(www.blackberry.com)

___

**From:** Landers, Edwin <ELanders@morrisonmahoney.com>
**Date:** Tuesday, Nov 14, 2017, 4:53 PM
**To:** Jeffrey Adams <Jeffrey.Adams@piblaw.com>
**Cc:** Juan Lopez <Juan.Lopez@piblaw.com>, Storm, Christopher <CStorm@morrisonmahoney.com>
**Subject:** RE: Christ v. Santander- Joint scheduling statement

Jeff,

In extending the below courtesy to you, I certainly was not anticipating your clients' filing another motion to dismiss where your clients' prior motion to dismiss already had been denied by the court. Your moving to dismiss again is nothing more than an abusive tactic to try to run up the fees and costs of litigation for our clients who are customers. Kindly advise if you will withdraw your clients' motion. If not, we will respond appropriately.

Regards,
Ed

___

**Edwin F. Landers, Jr.**
Partner
MORRISON MAHONEY LLP
250 Summer Street, Boston, MA  02210
T 617.439.7583    |   F 617.342.4967
elanders@morrisonmahoney.com  |  www.morrisonmahoney.com

CONNECTICUT   |   ENGLAND   |   MASSACHUSETTS   |   NEW HAMPSHIRE   |   NEW JERSEY   |   NEW YORK   |   RHODE ISLAND

The documents included with this electronic mail transmission contain information from the law firm of Morrison Mahoney LLP which is confidential and/or privileged. This information is intended to be for the use of the addressee only. Note that any disclosure, printing, photocopying, distribution or use of the contents of this e-mailed information by persons other than the addressee or an agent of the addressee, is unauthorized and prohibited. If you have received this electronic mail in error, please notify us via electronic mail reply to the sender or by telephone (collect 617-439-7500) immediately.

**From:** Jeffrey Adams [mailto:Jeffrey.Adams@piblaw.com]
**Sent:** Monday, November 06, 2017 2:46 PM
**To:** Landers, Edwin <ELanders@morrisonmahoney.com>; Storm, Christopher <CStorm@morrisonmahoney.com>
**Cc:** Juan Lopez <Juan.Lopez@piblaw.com>
**Subject:** RE: Christ v. Santander- Joint scheduling statement

Great. Thank you for the courtesy.

Regards,
Jeff

Jeffrey D. Adams
PIB Law |  617.918.7611

---

**From:** Landers, Edwin [mailto:ELanders@morrisonmahoney.com]
**Sent:** Monday, November 06, 2017 1:43 PM
**To:** Jeffrey Adams; Storm, Christopher
**Cc:** Juan Lopez
**Subject:** RE: Christ v. Santander- Joint scheduling statement

That's fine, Jeff.
Ed

---

**Edwin F. Landers, Jr.**
Partner
MORRISON MAHONEY LLP
250 Summer Street, Boston, MA  02210
T 617.439.7583    |  F 617.342.4967
elanders@morrisonmahoney.com  | www.morrisonmahoney.com

CONNECTICUT  |  ENGLAND  |  MASSACHUSETTS  |  NEW HAMPSHIRE  |  NEW JERSEY  |  NEW YORK  |  RHODE ISLAND

The documents included with this electronic mail transmission contain information from the law firm of Morrison Mahoney LLP which is confidential and/or privileged. This information is intended to be for the use of the addressee only. Note that any disclosure, printing, photocopying, distribution or use of the contents of this e-mailed information by persons other than the addressee or an agent of the addressee, is unauthorized and prohibited. If you have received this electronic mail in error, please notify us via electronic mail reply to the sender or by telephone (collect 617-439-7500) immediately.

---

**From:** Jeffrey Adams [mailto:Jeffrey.Adams@piblaw.com]
**Sent:** Monday, November 06, 2017 1:33 PM
**To:** Storm, Christopher <CStorm@morrisonmahoney.com>
**Cc:** Landers, Edwin <ELanders@morrisonmahoney.com>; Juan Lopez <Juan.Lopez@piblaw.com>
**Subject:** RE: Christ v. Santander- Joint scheduling statement

Ed – It's my understanding that Chris is out today and tomorrow.  Will you assent to our request below?

Regards,
Jeff

Jeffrey D. Adams
PIB Law |  617.918.7611

**From:** Jeffrey Adams
**Sent:** Monday, November 06, 2017 1:28 PM
**To:** 'Storm, Christopher'
**Cc:** Landers, Edwin; Juan Lopez
**Subject:** RE: Christ v. Santander- Joint scheduling statement

Chris – By our calculation, Santander's response to Plaintiffs' Amended Complaint is due this Wednesday, 11/8.  Would your clients assent to a one week extension – or until 11/15/2017 – for Santander to file its response?

Regards,
Jeff

Jeffrey D. Adams
PIB Law |  617.918.7611

**From:** Storm, Christopher [mailto:CStorm@morrisonmahoney.com]
**Sent:** Thursday, October 19, 2017 3:16 PM
**To:** Jeffrey Adams
**Cc:** Landers, Edwin; Juan Lopez
**Subject:** RE: Christ v. Santander- Joint scheduling statement

Thanks, Jeff.

Chris

**From:** Jeffrey Adams [mailto:Jeffrey.Adams@piblaw.com]
**Sent:** Thursday, October 19, 2017 3:15 PM
**To:** Storm, Christopher <CStorm@morrisonmahoney.com>
**Cc:** Landers, Edwin <ELanders@morrisonmahoney.com>; Juan Lopez <Juan.Lopez@piblaw.com>
**Subject:** RE: Christ v. Santander- Joint scheduling statement

Chris – I received your voicemail.  I will forward revisions to your proposed Joint Schedule tomorrow.  Thanks, Jeff

Jeffrey D. Adams
PIB Law |  617.918.7611

**From:** Storm, Christopher [mailto:CStorm@morrisonmahoney.com]
**Sent:** Tuesday, October 17, 2017 8:37 PM
**To:** Jeffrey Adams
**Cc:** Landers, Edwin
**Subject:** Christ v. Santander- Joint scheduling statement

Dear Jeffrey-

We have drafted the attached joint scheduling statement for your review and filing in advance of the upcoming scheduling conference.  Please share any thoughts you might have with us.  Thanks.

-Chris

**Christopher C. Storm**
Associate
MORRISON MAHONEY LLP

250 Summer Street, Boston, MA  02210
T 617.439.7536    |   F 617.342.4816
cstorm@morrisonmahoney.com   | www.morrisonmahoney.com

CONNECTICUT   |   ENGLAND   |   MASSACHUSETTS   |   NEW HAMPSHIRE   |   NEW JERSEY   |   NEW YORK   |   RHODE ISLAND

The documents included with this electronic mail transmission contain information from the law firm of Morrison Mahoney LLP which is confidential and/or privileged. This information is intended to be for the use of the addressee only. Note that any disclosure, printing, photocopying, distribution or use of the contents of this e-mailed information by persons other than the addressee or an agent of the addressee, is unauthorized and prohibited. If you have received this electronic mail in error, please notify us via electronic mail reply to the sender or by telephone (collect 617-439-7500) immediately.

Confidentiality: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, contact the sender via reply email and destroy all copies of the original message. IRS Circular 230 Disclosure: Any tax advice contained in this message (including any attachments and enclosures) was not intended or written to be used, and cannot be used (i) by any taxpayer for the purpose of avoiding any penalties that may be imposed on the taxpayer, or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.
Confidentiality: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, contact the sender via reply email and destroy all copies of the original message. IRS Circular 230 Disclosure: Any tax advice contained in this message (including any attachments and enclosures) was not intended or written to be used, and cannot be used (i) by any taxpayer for the purpose of avoiding any penalties that may be imposed on the taxpayer, or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.
Confidentiality: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, contact the sender via reply email and destroy all copies of the original message. IRS Circular 230 Disclosure: Any tax advice contained in this message (including any attachments and enclosures) was not intended or written to be used, and cannot be used (i) by any taxpayer for the purpose of avoiding any penalties that may be imposed on the taxpayer, or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.
Confidentiality: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, contact the sender via reply email and destroy all copies of the original message. IRS Circular 230 Disclosure: Any tax advice contained in this message (including any attachments and enclosures) was not intended or written to be used, and cannot be used (i) by any taxpayer for the purpose of avoiding any penalties that may be imposed on the taxpayer, or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.